IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY A. ARVIEW,

    Defendant.                                 Case No. 07-cv-40046-1-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Arview's Motion to Continue Sentencing (Doc. 64), currently set for October 10, 2008. Defendant seeks additional time to file a further objection to his Presentence Investigation Report ("PSR"). For good cause shown, the Court hereby **GRANTS** the Motion (Doc. 64). Defendant Arview's sentencing is hereby continued to **Friday, November 7, 2008** at **10:30 a.m**.

Further, Defendant shall file his further PSR objections by **Monday, October 20, 2008**. The Government and the U.S. Probation Office shall file their Responses, if any, by **Thursday, October 30, 2008**.

    **IT IS SO ORDERED**.

Signed this 10th day of October, 2008.

                                              /s/      David R Herndon

                                              **Chief Judge**
                                             **United States District Court**